2009 OK 87

**Re: DISTRICT COURT NUMBERING SYSTEM, CASE TYPES, AND COVER SHEETS.**

**No. SCAD–2009–101.**

Supreme Court of Oklahoma.

Nov. 24, 2009.

As Corrected Feb. 1, 2010.

**Administrative Directive**

¶ 1 Five previous Administrative Directives have been issued by this court regarding a uniform numbering system, case types/prefixes and/or cover sheets for the district courts. Each of these directives (No. 68–1, 89–1, 89–7, 92–06 and 99–87) is amended as it relates to the subject matter of this new directive.

¶ 2 Effective January 1, 2010, all district courts shall adopt a uniform case numbering system. All cases shall bear a case prefix, then a hyphen and then all four digits of the calendar year, which shall be followed by a hyphen and the number of the case. Cases shall be consecutively numbered within a calendar year.

¶ 3 Beginning January 1, 2010, and on each January 1 thereafter, the four digits of the calendar year designation shall be changed and the consecutive case number shall begin again with number 1. Case numbers must be assigned by the District Court Clerks to ensure that the cases remain in sequence.

¶ 4 Effective January 1, 2010, each court shall adopt and exclusively use the case types/prefixes set forth on attached Exhibit "A" which is incorporated herein by reference. If other case types/prefixes are needed in the future for the orderly filing of cases, the Administrative Director of the Courts may present recommended changes or new case types/prefixes to the Chief Justice for approval.

¶ 5 Effective January 1, 2010, each district court shall adopt and use the attached civil and criminal cover sheets. These cover sheets shall accompany each party's initial filing in a case.

¶ 6 The new cover sheets are not to be filed, nor made a part of the case. The clerk of the court shall destroy each cover sheet within thirty days.

¶ 7 CONCUR: EDMONDSON, C.J., TAYLOR, V.C.J., WATT, WINCHESTER, COLBERT, REIF, JJ.

¶ 8 CONCURS IN PART; DISSENTS IN PART: KAUGER, J.

¶ 9 NOT VOTING: HARGRAVE, OPALA, JJ.

### Exhibit "A"

*Index*

I. Civil Proceedings
II. Criminal Proceedings
III. Family and Domestic Proceedings
IV. Juvenile Proceedings
V. Licenses
VI. Miscellaneous Filings
VII. Probate and Trust Proceedings

### Civil Proceedings

| Case Prefix | Description |
| --- | --- |
| AO | Civil Administrative |
| CJ | Civil Cases in which the relief sought exceeds $10,000 |
| CS | Civil Cases seeking money damages in which the relief sought does not exceed $10,000 |
| CV | Miscellaneous Civil Cases |
| GJ | Grand Jury or Multicounty Grand Jury Cases |
| SC | Small Claims Cases in which the monetary relief is less than $6,000 |
| TL | Tax Liens |

### Criminal Proceedings

| Case Prefix | Description |
| --- | --- |
| AM | Anna McBride Act— Mental Health Court |
| CA | Cost Administration |
| CF | Criminal Felony Proceedings |
| CM | Criminal Misdemeanor Proceedings |
| CPC | Criminal Probable Cause |
| DC | Drug Court |
| DTR | Declined Traffic Tickets |
| MI | Criminal Miscellaneous Proceedings |
| NF | Criminal Proceedings— Not Filed |
| SW | Search Warrants |
| TR | Traffic Tickets |
| WL | Wildlife |

### Family and Domestic Proceedings

| Case Prefix | Description |
| --- | --- |
| AI | Artificial Insemination |
| FA | Adoption Proceedings |
| FD | Family and Domestic Proceedings |
| FI | Income Assignment Proceedings |
| FMI | Family and Domestic Miscellaneous Proceedings |
| FP | Paternity Proceedings |
| FR | Reciprocal Child Support Cases |

### Juvenile Proceedings

| Case Prefix | Description |
| --- | --- |
| JD | Juvenile Deprived Proceedings |
| JDH | Juvenile Deprived Show Cause Hearings |
| JDHT | Juvenile Mental Health |
| JDL | Juvenile Delinquency Proceedings |

| Case Prefix | Description |
|---|---|
| JDLH | Juvenile Delinquency Show Cause Hearings |
| JMI | Juvenile Miscellaneous |
| JS | Juvenile in Need of Supervision Proceedings |
| JT | Juvenile in Need of Treatment Proceedings |

**Licenses**

| Case Prefix | Description |
|---|---|
| BL | Bondsman License |
| BV | Beverage License |
| CO | Closing Out Sale |
| FS | Foreign Process Server |
| MC | Ministers Credentials |
| ML | Marriage License |
| PP | Passports |
| PH | Pool Hall |
| PS | Process Server |
| PSS | Process Server/State-wide |
| TM | Transient Merchants License |

**Miscellaneous Filings**

| Case Prefix | Description |
|---|---|
| CP | Criminal Property Proceedings |
| MH | Mental Health |
| MR | Miscellaneous Receipts |
| MRC | Miscellaneous Receipts—Criminal |
| MRCV | Miscellaneous Receipts—Civil Cases |
| MRFD | Miscellaneous Receipts—Family Domestic |
| MRPB | Miscellaneous Receipts—Probate |
| MRSC | Miscellaneous Receipts—Small Claims |
| SD | Surface Damage |
| WH | Writs of Habeas Corpus |
| PO | Protective Orders |

**Probate and Trust Proceedings**

| Case Prefix | Description |
|---|---|
| FB | Full Blood Filings |
| PB | Probate Proceedings |
| PC | Conservatorship |
| PG | Guardianships |
| PMI | Probate Miscellaneous Proceedings |
| PT | Trust Proceedings |
| WIL | Filing of Wills |

**Exhibit B**

IN THE DISTRICT COURT OF _____ COUNTY STATE OF OKLAHOMA

# CIVIL COVER SHEET

TYPE OF CASE (MUST CHECK ONE) & ALL INFORMATION REQUIRED

| CIVIL | FAMILY AND DOMESTIC | PROBATE |
|---|---|---|
| CJ _____ (over $10,000) | AI _____ (Artificial Insemination) | PB _____ (Probate) |
| CS _____ (under $10,000) | FA _____ (Adoption) | PC _____ (Conservatorship) |
| CV _____ Miscellaneous Civil) | FD _____ (Divorce) | PG _____ (Guardianship) |
| SC _____ (Small Claims-less than $6,000) | FI _____ (Income Assignment) | FB _____ (Full Blood) |
| SC _____ (Forcible E &D up to $1,500) | FP _____ (Paternity) | |
| | FR _____ (Reciprocal) | |
| | FMI _____ (Miscellaneous) | |

PRINCIPLE CAUSE OF ACTION: _____ AMOUNT ENCLOSED: $_____

___Defendant's Initial Pleading-Entry of Appearance/Answer/ 3rd Party Petition   Existing Case No. _____

**(MUST FILL OUT FOLLOWING INFORMATION)**

## ATTORNEY INFORMATION:
Party Representing:_____
Name:_____ Firm:_____
Mailing Address:_____ City:_____ State:____ Zip Code:_____
Phone Number:_____ Fax Number:_____
Bar #_____ E-Mail Address_____

## PLAINTIFF INFORMATION
NAME:_____

|  | LAST | FIRST | MIDDLE |

ADDRESS:_____

|  | MAILING ADDRESS | PHYSICAL ADDRESS |

CITY:_____STATE:_____ZIP:_____
DATE OF BIRTH: _____ SOCIAL SECURITY NO./EIN _____
D.L. NO. _____ PHONE NO. _____
CELL PHONE NO._____ E-MAIL ADDRESS_____

## DEFENDANT INFORMATION
NAME:_____

|  | LAST | FIRST | MIDDLE |

ADDRESS:_____

|  | MAILING ADDRESS | PHYSICAL ADDRESS |

CITY:_____STATE:_____ZIP:_____
DATE OF BIRTH: _____ SOCIAL SECURITY NO./EIN _____
D.L. NO. _____ PHONE NO. _____
CELL PHONE NO._____ E-MAIL ADDRESS_____

## SUMMONS INFORMATION
NUMBER OF SUMMONS TO BE ISSUED: _____ SUMMONS TO BE ISSUED BY COURT CLERK _____

PETITION & SUMMONS TO BE SERVED BY:
___ ISSUED TO ATTORNEY ___NO SUMMON ISSUED ___ SHERIFF_____ COUNTY: _____
PROCESS SERVER: _____ PUBLICATION _____ ___REGISTERED /CERTIFIED MAIL _____

1

Exhibit B

IN THE DISTRICT COURT OF _____ COUNTY, STATE OF OKLAHOMA

## CRIMINAL COVER SHEET

STATE OF OKLAHOMA

vs

_____
Defendant

CF_____ (Felony)
CM_____ (Misdemeanor)
JDL_____ (Juvenile Delinquent)
JS_____ (Juvenile/Supervision)
JT_____ (Juvenile/Treatment)
JD_____ (Juvenile/Deprived)
JDHT_____ (Juvenile/Mental)
JDLH_____ (Juvenile/Show Cause)

### DEFENDANT INFORMATION
Last Name: _____ First Name: _____ Middle Name: _____
Address: _____
City: _____ State: _____ ZIP: _____
Address Type: ___H ___W ___Other  Phone: Home# _____  Phone. Cell# _____
Phone: Work# _____  Email: _____  Date/Birth: _____
Driver License #: _____  Driver License State: _____  SS#/EIN#: _____
Race: _____  Gender: ___M ___F  Language/Dialect: _____
Additional Defendants: ___Y ___N  Total Number of Defendants: _____

### ATTORNEY INFORMATION
(If licensed in Oklahoma, fill in address information, only if it has changed since registering with the Oklahoma Bar Association.)
(Attach additional cover sheets for additional attorneys.)
Last Name: _____ First Name: _____ Middle Name: _____
Address: _____
City: _____ State: _____ ZIP: _____
Bar Number (Required): _____  Telephone: _____  Email: _____

### OFFENSES

| COUNT(S) | OFFENSES CHARGED | OKLA. STAT. CITATION | NCIC CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Signature: District Attorney/Defendant Attorney: _____

2